IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CURTIS THREADGILL,

       Plaintiff,

v.                                        16cv287 WPL

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security Administration,

       Defendant.

**ORDER FOR SUPPLEMENTAL BRIEFING ON APPLICATION TO PROCEED IFP**

       Curtis Threadgill has moved to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 4.) His application contains three entries that require further explanation so that I can more accurately assess his financial situation: (1) that his "[r]ent or home-mortgage payment," including "real estate taxes" and "property insurance," costs "$1,072.00" per month, yet the value of his home is "$60,000"; (2) that he has "[i]nstallment payments" for "personal loans" totaling "$530.00" per month; and (3) that he expects a major change to his monthly income because "[w]orkers compensation will end soon not sure of date." (Doc. 4-1 at 4-5.) Threadgill will further explain these three entries by April 30, 2016, or risk denial of his application.

       IT IS SO ORDERED.

                                                     *William P. Lynch*
                                                     William P. Lynch
                                                     United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.